UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDERY HERRERA,<br><br>       Plaintiff,<br><br>  -against-<br><br>ARCADE BELTS INC.,<br><br>       Defendant. | 25-CV-2290 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's **March 21, 2025** Order, ECF No. **6**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **June 18, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 23, 2025**.

  SO ORDERED.

Dated: June 20, 2025
    New York, New York

                      ARUN SUBRAMANIAN
                     United States District Judge