# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

June 23, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl STREET
New York, NY 10007

> The request is GRANTED. The conference is adjourned to July 25, 2025 at 3 PM. The Clerk of Court is directed to terminate the motion at Dkt. 13.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: June 23, 2025

Re:   *Herrera v. Arcade Belts Inc.*
      Case No.: 1:25-cv-2290

Dear Judge Subramanian,

The undersigned represents Edery Herrera, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Arcade Belts Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for June 26, 2025, at 3:00 PM (Dkt. 6) be adjourned for 30 days because Counsel for Defendant was recently retained and needs time to review this matter and consult with their Client. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.